LEO M. DOODY, as Commissioner of Public Welfare of the County of Albany, Respondent, v. IRVING OSTERMAN, Appellant.— This is an appeal by the defendant from a judgment in the above-entitled proceeding adjudging the defendant to be the father of a child born out of wedlock to the complainant, Bessie Butler, and from an order of filiation directing the defendant to pay the expenses incurred by the complainant in pregnancy, confinement and recovery and ordering further payments of six dollars per week for the support and education of said child. The evidence supports the judgment and order appealed from. Order of filiation, and judgment adjudging defendant to be the father of the child, unanimously affirmed. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UMBERTO BIANCHI, Relator, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Relator has appealed from an order of the Clinton Trial Term of the Supreme Court dismissing a writ of habeas corpus and remanding him to Clinton Prison. Relator was convicted in the Court of General Sessions of the County of New York in September, 1931, of the crime of forgery in the second degree and was sentenced to imprisonment, the minimum of which sentence was to be not less than three years and the maximum not more than ten years. In October, 1931, the relator escaped from custody and in October, 1934, he was recaptured in Honduras. He was then paroled for the express purpose of extradition to California. He declined to comply with this condition and obtained a writ of habeas corpus in the Federal court and that court held that he could not be extradited to California. After his refusal to go to California to stand trial on criminal charges there he was again incarcerated under the original judgment of conviction. He has served only a portion of his maximum sentence. Order unanimously affirmed. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.